PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

2015 JAN 12 PM 4:56

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:02CR20368 |
| DOCKET NUMBER *(Rec. Court)* | CR15-00075 YGR |

| | | |
|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| Eric Morris<br>Oakland, CA | Western District of TN | Memphis |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Chief Judge J. Daniel Breen | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/31/2012 — TO 5/30/2015 |

OFFENSE
18 U.S.C. § 922 (g) Felon in Possession of a Firearm

FILED
JAN 30 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/30/14
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1-23-2015
*Effective Date*

*United States District Judge*